IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOHNNY FRANK JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-079 |
| | ) | |
| TIMOTHY WARD, Former GDC | ) | |
| Comm.; SHARON LEWIS, Former | ) | |
| GDC Medical Dir.; ANTOINE | ) | |
| CALDWELL, Warden, GDCP, GDC; DR. | ) | |
| AYDEN, Medical at Johnson St. Prison; and | ) | |
| JANE DOES, | ) | |
| | ) | |
| Defendants. | ) | |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB - 3 2025

FILED

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of February, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE